| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>_____<br>Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353 | **Order Filed on February 18, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JAMES ROBINSON | Case Number: __15-22424_____<br><br>Hearing Date: _____<br><br>Judge: __Kaplan_____<br><br>Chapter: 13 |

Recommended Local Form:    X Followed    Modified

ORDER TO AVOID LIENS IN A CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. 522(f)

The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: February 18, 2017**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Debtor:  James Robinson
Case No.:  15-22424 MBK
Caption of Order:  Order Voiding Lien Pursuant to 11 U.S.C. 522(f)

At Trenton in the said District

This matter being opened to the Court by the debtor(s) on a Motion to Avoid Judicial Lien(s) on the property described as 183 Hollowbrook Road, Ewing, New Jersey, and it is hereby

ORDERED that the following judicial lien(s) are avoided:

1.  The lien held by Absolute Resolutions in Mercer County (Docket No.:  DC 6063-14 & VJ 155-15 & DJ 43822-15) which is in the amount of $8,697 plus post judgment interest.

And it is hereby

ORDERED that the Debtor may avoid the above referenced lien(s) and have same cancelled of record as to the property provided that the Debtor is granted a Discharge of Debtor in this Chapter 13 Bankruptcy case, or in a succeeding Chapter 7 case in the event of a conversion to Chapter 7 under Title 11 of the United States Code.