UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

**Order Filed on February 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JAMES ROBINSON

Case Number: _____15-22424_____

Hearing Date: _____

Judge: _____Kaplan_____

Chapter: 13

Recommended Local Form:     X Followed        Modified

ORDER TO AVOID LIENS IN A CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. 522(f)

    The relief set forth on the following pages, numbered __ through ___ is hereby
ORDERED

**DATED: February 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  James Robinson
Case No.:  15-22424 MBK
Caption of Order:  Order Voiding Lien Pursuant to 11 U.S.C. 522(f)


At Trenton in the said District

This matter being opened to the Court by the debtor(s) on a Motion to Avoid Judicial Lien(s) on the property described as 183 Hollowbrook Road, Ewing, New Jersey, and it is hereby

ORDERED that the following judicial lien(s) are avoided:

1.  The lien held by Absolute Resolutions in Mercer County (Docket No.:  DC 6063-14 & VJ 155-15 & DJ 43822-15) which is in the amount of $8,697 plus post judgment interest.


And it is hereby

ORDERED that the Debtor may avoid the above referenced lien(s) and have same cancelled of record as to the property provided that the Debtor is granted a Discharge of Debtor in this Chapter 13 Bankruptcy case, or in a succeeding Chapter 7 case in the event of a conversion to Chapter 7 under Title 11 of the United States Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-22424-MBK
James L Robinson, Sr.                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Feb 21, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db             +James L Robinson, Sr.,    183 Hollowbrook Road,    Ewing, NJ 08638-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A, Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   CAPITAL ONE, NATIONAL ASSOCIATION, Et Al...
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          John  Zimnis    on behalf of Debtor James L Robinson, Sr. njbankruptcylaw@aol.com.
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A... Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                              TOTAL: 5