**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
JAMES ROBINSON

            Debtors

**Order Filed on March 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-22424

Chapter 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: March 2, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  James Robinson
Case No.:  15-22424 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $500 for services rendered and expenses in the amount of $0 for a total of $500. The allowance shall be payable:

___x__   through the Chapter 13 Plan as an administrative priority from
            funds on hand
_____   outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $125 per month for the remaining months to allow for payment of aforesaid fee.