**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
JAMES ROBINSON

Debtors

Order Filed on March 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-22424

Chapter 13

Judge:  Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: March 2, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor: James Robinson
Case No.: 15-22424 MBK
Caption: Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $500 for services rendered and expenses in the amount of $0 for a total of $500. The allowance shall be payable:

    ___x__  through the Chapter 13 Plan as an administrative priority from
               funds on hand
    _____  outside the Plan

    The debtor's monthly Plan is not modified, thus the debtor will continue to pay $125 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
James L Robinson, Sr.  
    Debtor

Case No. 15-22424-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 02, 2017  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.  
db      +James L Robinson, Sr.,    183 Hollowbrook Road,    Ewing, NJ 08638-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:  
     Albert Russo    docs@russotrustee.com  
     Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Denise E. Carlon    on behalf of Creditor    CAPITAL ONE, NATIONAL ASSOCIATION, Et Al... bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
     John Zimnis    on behalf of Debtor James L Robinson, Sr. njbankruptcylaw@aol.com  
     Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
     TOTAL: 5